IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-00217-BO

| | |
|---|---|
| SHANNON PARKER, on behalf of herself and all others similarly situated, )<br>)<br>*Plaintiff* )<br>)<br>)<br>)<br>**v.** )<br>)<br>K&L ENTERTAINMENT, INC. d/b/a THE GENTLEMEN'S PLAYHOUSE )<br><br>And<br><br>KRISHAN LAL,<br><br>*Defendants.* | **NOTICE OF SPECIAL APPEARANCE** |

_____

    Please take notice that the undersigned Gregg C. Greenberg, Esq. and the law firm Zipin, Amster & Greenberg, LLC, hereby enters a notice of special appearance as counsel for Shannon Parker in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Jason S. Chestnut.

    I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

/s/ Gregg C. Greenberg
Gregg C. Greenberg
ZIPIN, AMSTER, & GREENBERG, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373 (ph)
GGreenberg@ZAGfirm.com
Virginia Bar. No. 79610
Attorney for Plaintiff


/s/ Jason S. Chestnut
Jason S. Chestnut
GIBBONS LEIS, PLLC
14045 Ballantyne Corporate Pl. Ste. 325
Charlotte, NC 28277
Phone: (704) 612-0038
Fax: (704) 612-0038
jason@gibbonsleis.com
N.C. Bar. No. 52066
Local Civil Rule 83.1(d)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020, I electronically filed the foregoing **NOTICE OF SPECIAL APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ Gregg C. Greenberg
   Gregg C. Greenberg