IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:20-cv-00217-BO

| | |
|---|---|
| SHANNON PARKER, on behalf of herself and all others similarly situated, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) |
| K&L ENTERTAINMENT, INC. d/b/a THE GENTLEMEN'S PLAYHOUSE and KRISHAN LAL, | ) ) ) ) ) |
| *Defendants*. | |

**ORDER GRANTING CONSENT MOTION TO EXTEND DEADLINES**

For good cause shown and with the consent of Defendants, Plaintiffs' motion to extend deadlines [DE #38] is GRANTED, and it is hereby ORDERED that the case management deadlines in this case shall be extended as follows:

| **Event** | **Original Deadline** | **New Deadline** |
|---|---|---|
| Mediation Deadline | March 1, 2021 | April 30, 2021 |
| Discovery Deadline | March 31, 2021 | May 30, 2021 |
| Dispositive Motion Deadline | April 30, 2021 | June 29, 2021 |

This 22nd day of February 2021.

*/s/ Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge