IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-217-BO

SHANNON PARKER and MYSTERY )
MCINTYRE, on behalf of themselves )
and all others similarly situated, )
                                                              )
              Plaintiffs, )
                                                            )
v.                                                       )           O R D E R
                                                          )
K&L ENTERTAINMENT, INC, d/b/a THE )
GENTLEMEN'S PLAYHOUSE and )
KRISHAN LAL, )
                                                          )
              Defendants. )

      This cause comes before the Court on plaintiffs' motion to compel defendants' compliance with the Court's conditional certification order. On December 21, 2020, this Court granted plaintiffs' motion for conditional certification under Section 216(b) of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and authorized notice to individuals who worked as exotic dancers at Gentlemen's Playhouse strip club any time between May 2017 and the date of final judgment of this action. The order required defendants to "produce a computer readable list of names; last known addresses; home and cellular phone numbers; work and personal email addresses; and the names and URLs to the Facebook, Instagram, Twitter, WhatsApp, WeChat, SnapChat, and TikTok pages" of the potential class members and to post the notice in their own strip club and on their social media pages. Defendant has not complied with this order.

      Accordingly, for good cause shown, plaintiff's motion to compel defendants' compliance [DE 46] is GRANTED. It is ORDERED that defendants shall comply fully with the production and posting requirements of the Court's December 21, 2020 order granting conditional

certification within ten days of the entry of this order. Defendants are also DIRECTED to comply with the Court's May 4, 2021 order to cause new counsel to file a notice of appearance or, in the case of the individual defendant, to file a notice of self-representation within fourteen days of entry of this order. Failure to file a notice of self-representation or cause new counsel to file a notice of appearance may result in sanctions, including but not limited to dismissal or default judgment.

SO ORDERED, this 16 day of April, 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2

Case 5:20-cv-00217-BO   Document 49   Filed 04/19/21   Page 2 of 2