IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-00217-BO

SHANNON PARKER, on behalf of herself )
and all others similarly situated, )
                                              Plaintiff, )
                                                                                       O R D E R
v. )

K&L ENTERTAINMENT, INC, d/b/a THE )
GENTLEMEN'S PLAYHOUSE and )
KRISHAN LAL, )
                                              Defendants. )

      This cause comes before the Court on plaintiffs' motion for default judgement [DE 53]. Plaintiffs' motion is GRANTED. Defendants have not responded and have stopped meaningfully participating in this litigation.

      It is ORDERED that plaintiff Shannon Parker be awarded default judgement jointly and severally against defendants K&L Entertainment d/b/a The Gentlemen's Playhouse and Krishan Lal, and be awarded damages in the amount of $23,495 for unpaid wages, pursuant to 29 U.S.C. § 206(a)(1)(C), and $23,495 in statutory damages, pursuant to 29 U.S.C. § 216(b).

      It is further ORDERED that plaintiff Mystery McIntyre be awarded default judgement jointly and severally against defendants K&L Entertainment d/b/a The Gentlemen's Playhouse and Krishan Lal, and be awarded damages in the amount of $43,561 for unpaid wages, pursuant to 29 U.S.C. § 206(a)(1)(C), and $43,561 for statutory damages, pursuant to 29 U.S.C. § 216(b). McIntrye shall also be awarded $84,000 for losses sustained due to retaliatory firing, pursuant to 29 U.S.C. § 215(a)(3), and $84,000 for statutory damages, pursuant to 29 U.S.C. § 216(b).

Plaintiffs' attorneys are ORDERED to file a post-judgement petition for attorneys' fees and costs, pursuant to 29 U.S.C. § 216(b), within fourteen (14) days of this order.

SO ORDERED, this 26 day of January, 2022.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE