UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHANNON PARKER, on behalf of herself )
and all others similarly situated, )
)
Plaintiff, )
)
v. ) **JUDGMENT**
) 5:20-CV-217-BO
K&L ENTERTAINMENT, INC., )
d/b/a The Gentlemen's Playhouse, and )
KRISHAN LAL, )
)
Defendants. )
)

**Decision by Court.**
This cause comes before the Court on plaintiffs' motion for default judgement [DE 53].

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Shannon Parker be awarded default judgement jointly and severally against defendants K&L Entertainment d/b/a The Gentlemen's Playhouse and Krishan Lal, and be awarded damages in the amount of $23,495 for unpaid wages, pursuant to 29 U.S.C. § 206(a)(l)(C), and $23,495 in statutory damages, pursuant to 29 U.S.C. § 216(b).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff Mystery McIntyre be awarded default judgement jointly and severally against defendants K&L Entertainment d/b/a The Gentlemen's Playhouse and Krishan Lal, and be awarded damages in the amount of $43,561 for unpaid wages, pursuant to 29 U.S.C. § 206(a)(l)(C), and $43,561 for statutory damages, pursuant to 29 U.S.C. § 216(b). Mcintrye shall also be awarded $84,000 for losses sustained due to retaliatory firing, pursuant to 29 U.S.C. § 215(a)(3), and $84,000 for statutory damages, pursuant to 29 U.S.C. § 216(b).

**This judgment filed and entered on January 26, 2022, and served on:**
Gregg Greenberg (via CM/ECF Notice of Electronic Filing)
Philip J. Gibbons, Jr. (via CM/ECF Notice of Electronic Filing)
K&L Entertainment, Inc. (via U.S. Mail to 200 Graham Street, Selma NC 27576)
Krishan Lal (via U.S. Mail to 805 S. Baines Places, Goldsboro NC 27534)

PETER A. MOORE, JR., CLERK

January 26, 2022

  /s/Peter A. Moore, Jr.
Clerk of Court